C.R.J. v Oswego County (2025 NY Slip Op 05438)

C.R.J. v Oswego County

2025 NY Slip Op 05438

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: CURRAN, J.P., MONTOUR, SMITH, AND HANNAH, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (173/25) CA 23-02137.

[*1]C. R. J., PLAINTIFF-APPELLANT, 
v
OSWEGO COUNTY, ET AL., DEFENDANTS, BERKSHIRE FARM CENTER AND SERVICES FOR YOUTH, DEFENDANT-RESPONDENT. - COUNTY OF OSWEGO, THIRD-PARTY PLAINTIFF, BERKSHIRE FARM CENTER AND SERVICES FOR YOUTH, ET AL., THIRD-PARTY DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.